WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 632-1198
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**MATT JEFFERS,**                                           Case No. 3:08-cv-1269-BR

   Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security,**

   Defendant

Attorney fees in the amount of $7,425.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $5,400.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Based on the 1/17/13 award letter, it appears Social Security has only $1,425.00 left in withholding to pay this fee. The agency shall send to Plaintiff's attorney **at his current address shown above** the withheld balance of $1,425.00, minus any user fee. If any additional amount is being withheld, and if the § 406(a) fee has been paid, the remainder of the funds being withheld for fees should be released to the claimant.

DATED this 22nd day of March, 2013.

                                                _____
                                                United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1